# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAR 20 PM 4: 22
CLERK_____
SO. DIST. OF GA.

United States of America )
v. )
Dedric Wright )  Case No: CR504-00014-001
 ) USM No: 91998-020
Date of Previous Judgment: March 14, 2005 ) Joshua Lowther
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 36         Amended Offense Level: 34
Criminal History Category: I       Criminal History Category: I
Previous Guideline Range: 96 months   Amended Guideline Range: 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain): The Court considered each and every 18 U.S.C. § 3553(a) sentencing factor when reviewing the defendant's motion.

**III. ADDITIONAL COMMENTS**
The defendant's motion is denied because the applicable advisory guideline range is still 96 months even though the offense level is reduced two levels. The defendant's advisory guideline range would be 151 to 188 months if he had not been convicted of offenses which authorized a maximum sentence of eight years.

Except as provided above, all provisions of the judgment dated March 14, 2005, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 20, 2009

Judge's signature

William T. Moore, Jr.
Effective Date: _____      Chief Judge, U.S. District Court
(if different from order date)    Printed name and title